# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1632

BRANDON BARTH; MARK CAMPOPIANO; DAVID JUBINVILLE; JUSTIN
RUTKIEWICZ; RYAN SHORE,

Plaintiffs, Appellants,

v.

CITY OF CRANSTON, by and through its Treasurer David A. Capuano; INTERNATIONAL
BROTHERHOOD OF POLICE OFFICERS, LOCAL 301; MATTHEW J. JOSEFSON,

Defendants, Appellees.

———————————

**ERRATA SHEET**

The opinion of this Court, issued on August 10, 2022, is amended as follows:

On the cover page, replace "August 11, 2022" with "August 10, 2022"